UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 1:19-CR-134 |
|---|---|
| v. | ) **MOTION TO DISMISS THE INDICTMENT** |
| DAVID DONNIE LUKER | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Western District of North Carolina hereby dismisses the above-captioned Bill of Indictment in the above captioned case without prejudice.

Respectfully submitted, this the day of February 27, 2020.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

//s// ALEXIS I. SOLHEIM
SPECIAL ASSISTANT UNITED STATES ATTORNEY
NC State Bar No.: 46417
U.S. Courthouse
100 Otis Street, Room 233
Asheville, North Carolina 28801
Phone: 828-271-4661
Fax: 828-271-4670
Email: Alexis.Solheim@usdoj.gov